[No. 10635-7-III.   Division Three.   June 4, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO GUADALUPE GARIBAY, *Appellant.*

By an order of the Court of Appeals dated November 24, 1992, the opinion in the above captioned case, which appears in the advance sheets at 65 Wn. App. 919-27, has been withdrawn. See 67 Wn. App. 773.